FILED

OCT - 4 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR207 |
| | § | Judge Mazzant |
| EDDY JOHAN COOPMANS (2) | § | |

## FACTUAL BASIS

**Eddy Johan Coopmans**, the defendant, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. The defendant, **Eddy Johan Coopmans**, who is changing his plea to guilty, is the same person charged in the Indictment.

2. The events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. The defendant and at least one other person made an agreement to commit the crimes of smuggling goods out of the United States and violating the International Emergency Economic Powers Act as described in the Indictment.

4. The defendant knew the unlawful purpose of the agreement and joined in it willfully, that is with the intent to further the unlawful purpose.

5. One of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the Indictment in order to accomplish some object or purpose of the conspiracy.

6. The defendant knowingly attempted to export merchandise as described in the Indictment.

7. The defendant's attempted export was contrary to the laws and regulations described in the Indictment.

8. The defendant knew the attempted export was contrary to the laws and regulations described in the Indictment.

9. The defendant attempted to export items, as described in the Indictment, from the United States.

10. The items the defendant attempted to export required an export license for the destination country.

11. The defendant failed to obtain a license or other authorization from the Department of Commerce prior to attempting to export them.

12. The defendant did so knowingly and willfully.

13. Defendant **Eddy Johan Coopmans** and a co-conspirator known as HDG agreed to export FPGA Circuits to Russia and to export SWIR Cameras to China in violation of the laws and regulations of the United States. To facilitate their illegal scheme, **Eddy Johan Coopmans** and HDG communicated with individuals whom they believed could obtain FPGA Circuits and SWIR Cameras, agreed to pay those individuals amounts of money above the normal purchase price for FPGA Circuits and SWIR Cameras, and wired partial payment to those individuals for FPGA Circuits and SWIR Cameras. The amount of the funds that they sent as partial payment to these individuals was approximately $1,217,100 USD. To cover up their illegal scheme, **Eddy Johan Coopmans** and HDG took various actions to hide their illegal intent. For example, they caused false and misleading statements to be made to legitimate companies that sold FPGA

Circuits and SWIR Cameras. Additionally, **Eddy Johan Coopmans** and HDG caused false and misleading statements to be made to government officials who regulated the export of FPGA Circuits and SWIR Cameras. **Eddy Johan Coopmans** and HDG engaged in these activities knowing that the required government authorizations had not been obtained. **Eddy Johan Coopmans** and HDG obtained proceeds from these activities. The $142,970.83 in United States currency seized by the government from Bank of America accounts x9738, x9712, x9725, JP Morgan Chase account x1968, and Federal Credit Union account x1216 was proceeds from the activities described herein. **Eddy Johan Coopmans** and HDG's proceeds from these activities are subject to forfeiture to the United States.

DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

14. I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of the Indictment and this Factual Basis and agree without reservation that they accurately describe the events and my acts.

Dated: 9/14/2022 Coopmans

EDDY JOHAN COOPMANS
Defendant

COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

15. I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 9/14/22

MICHAEL JOHN PANNITTO
Attorney for the Defendant